ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   ethan.plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GEORGIE ELAINE RUSSELL, Defendant. | CR 20-45-GF-BMM  ORDER |
|---|---|

The United States' Motion for Witness to Appear Telephonically, is GRANTED, as there is good cause supporting that motion. Special Agent Ryan Kacher may appear via telephone at the scheduled sentencing hearing in this matter.

//

1

The United States is directed to contact the Clerk's office for call-in procedures.

DATED this 23rd day of February, 2021

_____
Brian Morris, Chief District Judge
United States District Court