# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGIE ELAINE RUSSELL,<br><br>Defendant. | Case No. CR 20-45-GF-BMM<br><br>ORDER TRANSFERRING JURISDICTION AND CONSOLIDATING PROCEEDINGS |

Upon Defendant Russell's Unopposed Motion to Transfer Jurisdiction and Consolidate Proceedings;

IT IS HEREBY ORDERED that the pending cases in the Eastern District of Washington, 2:20-CR-12-EFS-1 and 1:16-CR-2006-EFS are transferred to the District of Montana and consolidated for the purpose of sentencing set for March 3, 2021, at 4:00 p.m.

DATED this <u>1st</u>  day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1